UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                              Chapter 7
                                                    Case Number 19-30144
Christine M. Goodreau                               Honorable Elizabeth D. Katz

        Debtor

_____/

**ORDER RE: MOTION OF U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, FOR THE CIM TRUST 2016-3, MORTGAGE-BACKED NOTES, SERIES 2016-3 FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362**

U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3, by and through its attorneys, Orlans PC having filed for Relief From Stay regarding real property known and numbered as 14 Crescent Hill, East Longmeadow, MA 01028 notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3 for Relief From Stay is allowed and U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3 is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage dated November 9, 2006 and recorded with the Hampden County Registry of Deeds at Book 16345, Page 320 in accordance with applicable state and federal law and to commence a summary process action against occupants of that property. ~~Entry of this Order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3).~~ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

04/03/2019

Elizabeth D. Katz
United States Bankruptcy Judge